IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CALEB CRABTREE** *and*
**ADRIANE CRABTREE**
*As Assignees of the Claims of Casey Cotton*                    **PLAINTIFF**

v.                                       CIVIL ACTION NO. 1:21-cv-399-TBM-RPM

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                          **DEFENDANT**

## ORDER

This matter came before the Court on Allstate Property and Casualty Insurance Company's Motion [8] to Disqualify Counsel, Second Motion [19] for Judgment on the Pleadings, Motion [50] for Summary Judgment, Caleb and Adriane Crabtree's Motion [63] for Review of Magistrate Judge Order, Motion [65] to Strike, Motion [68] to Continue, and Motion [70] to Stay Proceedings. At the hearing conducted in this matter on July 12, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant's Motion [8] to Disqualify Counsel for Plaintiffs is GRANTED IN PART AND DENIED IN PART. Mr. McHard will be allowed to engage in pretrial proceedings. However, Mr. McHard will not be allowed to participate in trial as an advocate nor in depositions as an advocate, in the form of questioning witnesses.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant's Second Motion [19] for Judgment on the Pleadings is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant's Motion [50] for Summary Judgment is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiffs' Motion [63] for Review of the Magistrate Judge Order on Motion [52] to Quash is DENIED as MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs' Motion [65] to Strike Reply [62] to Response is DENIED as MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant's Motion [68] to Continue, Defer, or Deny as Premature Defendant's Motion [50] for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs' Motion [70] to Stay Plaintiffs' Response to the Motion [50] for Summary Judgment is DENIED as MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that discovery is STAYED until the Case Management Conference.

THIS, the 13th day of July, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE