IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CALEB CRABTREE** *and* **ADRIANE CRABTREE,** *as Assignees of the Claims of Casey Cotton*                                **PLAINTIFFS**

**v.**                                   **CIVIL ACTION NO. 1:21-cv-399-TBM-BWR**

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**                                                  **DEFENDANT**

## **FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion granting Allstate's Motion to Dismiss for Lack of Jurisdiction [84], this action is DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs. This CASE is CLOSED.

THIS, the 19th day of December, 2022.

*[signature]*
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE